```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13758
     STEVEN D TRACY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
     SSN XXX-XX-3354


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/31/07 .

     2.  The case was dismissed without confirmation, 10/19/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  SPECIAL CLASS     NOT FILED            .00           .00
HSBC                      UNSECURED         NOT FILED            .00           .00
NEUROLOGICAL CARE SPECIA  UNSECURED         NOT FILED            .00           .00
ASPEN                     UNSECURED         NOT FILED            .00           .00
THE PSYCH ASSOC           UNSECURED         NOT FILED            .00           .00
NICOR GAS                 UNSECURED         NOT FILED            .00           .00
HOUSEHOLD CREDIT SERVICE  UNSECURED         NOT FILED            .00           .00
FIDELITY INFO CORP        UNSECURED         NOT FILED            .00           .00
HINSDALE HOSPITAL         UNSECURED         NOT FILED            .00           .00
AMERICAN GENERAL LIFE IN  UNSECURED         NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         NOT FILED            .00           .00
SUBURBAN RADIOLIGISTS     UNSECURED         NOT FILED            .00           .00
NORTH AMERICAN CREDIT SV  UNSECURED         NOT FILED            .00           .00
CREDITORS DISCOUNT & AUD  UNSECURED         NOT FILED            .00           .00
ARNOLD SCOTT HARRIS       UNSECURED         NOT FILED            .00           .00
MIDWEST CENTER FOR STRES  UNSECURED         NOT FILED            .00           .00
VESTA                     UNSECURED         NOT FILED            .00           .00
ELMER RAMEL               UNSECURED         NOT FILED            .00           .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID

XIANGSHENG HU             UNSECURED         NOT FILED            .00           .00
KONEWKO & ASSOC           UNSECURED         NOT FILED            .00           .00
GEORGE BUCKUN             UNSECURED         NOT FILED            .00           .00
HINSDALE HOSPITAL         UNSECURED         NOT FILED            .00           .00
CLERK OF THE 18TH CIRCUI  PRIORITY          NOT FILED            .00           .00
LAURA GIRSCH              CHILD SUPPORT     NOT FILED            .00           .00
AR CONCEPTS               UNSECURED         NOT FILED            .00           .00
BUR COL RECO              UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00           .00
COMPUCREDIT CORP          UNSECURED         NOT FILED            .00           .00
CREDIT MANAGEMENT SERVIC  UNSECURED         NOT FILED            .00           .00
```

```
FIRST CONSUMERS MASTER T UNSECURED        NOT FILED                  .00             .00
GILL DEVELOPEMENT        UNSECURED        NOT FILED                  .00             .00
FOX & GROVE              UNSECURED        NOT FILED                  .00             .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00         .00           .00
PRINCIPAL PAID           .00          .00          .00         .00           .00
INTEREST PAID            .00          .00          .00         .00           .00
TOTAL PAID               .00          .00          .00         .00           .00
```

The Debtor's attorney, MICHELOTTI & ASSOCIATES LTD   , was allowed $         .00
and was paid $        .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 01/14/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 13758 STEVEN D TRACY